*In re* EXTENSIÓN DE TÉRMINOS POR CONCESIÓN DEL DÍA 7 DE ENERO DE 2005.

*Número:* EM-2005-1          *Resuelto:* 3 de enero de 2005

## RESOLUCIÓN

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido libre con cargo a vacaciones el viernes 7 de

enero de 2005 a los empleados y funcionarios de la Rama Judicial.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388–389 del Código Político de 1902 (1 L.P.R.A. secs. 72–73) y se considerará el viernes 7 de enero de 2005 como si fuera un día feriado completo. Cualquier término que venza ese día se extenderá hasta el martes 11 de enero de 2005, próximo día laborable.

*Se ordena la inmediata difusión pública de esta resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

<div align="right">

*(Fdo.)* Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*